UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-153-BR
No. 5:16-CV-481-BR

| | |
|---|---|
| ANDRE ROGERS,  )<br>    Petitioner,  )<br>          )<br>v.         )<br>           )<br>UNITED STATES OF AMERICA,  )<br>           )<br>    Respondent.  ) | ORDER |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

This 23 June 2016.

                  W. Earl Britt
                  Senior U.S. District Judge